JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LACHELLE WOODERT, | ) CASE NO. CV11-01049-AHM (JCx) |
|---|---|
| Plaintiff(s), | ) ORDER DISMISSING CIVIL ACTION |
| v. | ) BY VIRTUE OF SETTLEMENT |
| PROFESSIONAL BUREAU OF COLLECTIONS, et al., | ) |
| Defendant(s). | ) |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: July 6, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**